UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X    **COMPLAINT**
SHAWN PELLEY,                                                                **JURY TRIAL DEMANDED**
                          Plaintiff,

    -against-

THE CITY OF NEW YORK,
LOUIS A. MOLINA COMMISSIONER OF THE NYC DEPARTMENT OF CORRECTIONS
in his official capacity,
CAPTAIN WEITZEL in her capacity as an individual,
CAPTAIN SINGH, in his capacity as an individual,
CAPTAIN CONYERS, in her capacity as an individual, and
UNIDENTIFIED DOC CAPTAINS in their capacity as individuals,
                           Defendants.
---------------------------------------------------------X

        Plaintiff SHAWN PELLEY, by his attorney, Fred Lichtmacher of The Law Office of Fred Lichtmacher P.C., complaining of the Defendants herein, respectfully alleges as follows:

        This civil rights action arises from the continuing violations of the Plaintiff's Fourteenth and Eighth Amendment rights by the Defendants' due to their "deliberate indifference" to the Plaintiff inmate's health and safety when they knew Plaintiff was being beaten and raped and they knew of the continuing danger of the same rapes and beatings continuing and they ignored the danger to Mr. Pelley, and via their deliberate indifference to the substantial risk of serious harm Plaintiff was subjected to additional rapes and assaults.

### JURISDICTION AND VENUE

1.     This action is properly brought in federal court due to the existence of a Federal Question.

2.     This action arises under 42 U.S.C. §1983 and the Fourteenth and Eighth Amendments to the United States Constitution.

3.     Pursuant to 28 U.S.C. §1391(b)(2), venue is proper in the Eastern District of New York,

as events forming the basis of the Complaint occurred in this District, subject matter jurisdiction is conferred pursuant to 28 U.S.C. §§ 1331 and 1343 (a) (3 & 4).

## PARTIES

4. At all times relevant plaintiff SHAWN PELLEY was incarcerated at Rikers Island as a pretrial detainee at EMTC.

5. Defendant, the City of New York (NYC) is a Municipal Corporation within New York State.

6. Pursuant to Chapter 25 §§ 621 et seq., of its Charter, NYC established and maintains the Department of Corrections as a constituent department or agency.

7. At all times relevant Defendant Louis A. Molina was the Commissioner of the NYC Department of Corrections (DOC) and he is sued herein in his official capacity.

8. At all times relevant Defendant DOC Captain Weitzel, was acting as a state actor under color of law when committing the acts alleged herein, and she is sued herein in her individual capacity.

9. At all times relevant Defendant DOC Captain Singh, was acting as a state actor under color of law when committing the acts alleged herein, and he is sued herein in his individual capacity.

10. At all times relevant Defendant DOC Captain Conyers, was acting as a state actor under color of law and she is sued herein in her individual capacity.

11. At all times relevant Defendants Unidentified DOC Captains, were acting as state actors under color of law and they are sued herein in their individual capacities.

## Nature of the Claim

12. Shawn Pelley brings this claim, for the Defendants' deliberate indifference to the conditions they caused and allowed to continue resulting in his being subjected to multiple rapes and assaults and due to their failure to act when informed of the rapes and assaults and allowing the Plaintiff to be further raped and assaulted.

### FACTS UNDERLYING
### PLAINTIFF'S CLAIMS FOR RELIEF

13. On July 4th, 2023, Shawn Pelley was a pretrial detainee at the EMTC detention center on Riker's Island.

14. In the early evening while most of the inmates were viewing the 4th of July fireworks, two inmates entered the bathroom where Mr. Pelley was using the facilities and they proceeded to beat him.

15. After subduing Mr. Pelley the larger of the two men, without Mr. Pelley's consent, sodomized Mr. Pelley.

16. Upon exiting the bathroom Mr. Pelley reported to several DOC Captains what had happened including to the Defendants herein, but the Plaintiff was not moved to a safer area and no action was taken to protect the Plaintiff from further abuse.

17. Again on July 7 in the afternoon the larger of the two men who had assaulted the Plaintiff on July 4, again entered the shower area and repeated what had been done previously with Mr. Pelley again being raped and beaten.

18. Mr. Pelley continued to report to the Defendants what had happened and what was continuing to happen to him, but he was still not moved out of EMTC and no action was taken to protect the Plaintiff from further abuse.

19. On July 9, 2023 after dinner when attempting to shower the rapist from the prior two incidents again entered the shower area and again beat and again raped the Plaintiff.

20. After each incident the rapist informed the Plaintiff he would kill him if he reported the attacks, and nevertheless Plaintiff continued to report to the Defendants what had occured.

21. Plaintiff contacted various LGBTQ and crisis hotlines managed by NYC Health and Hospitals and/or NYCDOC for assistance during the time periods in which the incidents were happening with no help provided to move him away from his rapist.

22. Finally, on the morning of July 10, 2023 Mr. Pelley succeeded in having a correction officer call a captain for assistance.

23. The female captain who arrived escorted Mr. Pelley to medical.

24. After these incidents Mr. Pelley was treated for medical and mental health issues.

25. However, after he was moved to his new location Plaintiff was no longer being treated for trauma.

26. Plaintiff was then placed in protective custody.

27. When brought to the hospital Mr. Pelley was assessed and treated for the following problems:

    Post traumatic stress disorder (ICD-309.81) (ICD10-F43.10)
    Insomnia (ICD-780.52) (ICD10-G47.00)
    Elevated blood glucose (ICD-790.29) (ICD10-R73.9)
    Shoulder joint pain, left (ICD-719.41) (ICD10-M25.512)
    Abnormal electrocardiogram (ICD-794.31) (ICD10-R94.31)
    Tinea pedis (ICD-110.4) (ICD10-B35.3)
    Dry skin (ICD-701.1) (ICD10-L85.3)
    Hemorrhoids (ICD-455.6) (ICD10-K64.9)
    Constipation (ICD-564.00) (ICD10-K59.00)
    HIV exposure, possible (ICD-V15.89) (ICD10-Z20.6)
    Adjustment disorder with mixed anxiety and depressed mood (ICD-309.28) (ICD10-F43.23)

    Hx of adult sexual abuse( allegation) (ICD-V15.41) (ICD10-Z91.410)
    Unspecified mental or behavioral problem (ICD-V40.9) (ICD10-F99)
    General health examination (ICD-V70.9) (ICD10-Z00.00)
    High risk homosexual behavior (ICD-V69.2) (ICD10-Z72.52)

28. Mr. Pelley has been subjected to serious emotional and physical harms due to the actions and inactions of the Defendants and he has suffered and continues to suffer as a direct result of Defendants' actions and inactions.

29. The Defendants, all prison officials, are liable under the Fourteenth and Eighth Amendments for acting with "deliberate indifference" to the Plaintiff's health and safety because they knew, to a moral certainty that the Plaintiff faced a substantial risk of serious harm and they disregarded that risk by failing to take reasonable measures to abate the serious situation, resulting in additional rapes, beatings and emotion trauma to the Plaintiff.

**AS AND FOR A FIRST CAUSE OF ACTION
ON BEHALF OF PLAINTIFF
VIOLATION OF THE PLAINTIFF'S RIGHTS PURSUANT TO
42 U.S.C.§ 1983 AND THE FOURTEENTH AND EIGHTH AMENDMENT
DUE TO THE INDIVIDUAL DEFENDANTS' DELIBERATE INDIFFERENCE TO
PLAINTIFF'S HEALTH AND SAFETY**

30. Plaintiff repeats, reiterates and realleges each and every allegation contained in the prior paragraphs with the same force and effect as is more fully and at length set forth herein.

31. Plaintiff's rights have been violated under the Fourteenth and Eighth Amendments to the United States Constitution due to the Defendants' deliberate indifference to Plaintiff's Health and Safety resulting in his serious physical and emotional injuries caused by his repeatedly being raped and beaten.

32. Among Plaintiff's harms incurred as a result of the Defendants' actions and inactions are

that Plaintiff suffers from Post traumatic stress disorder; Insomnia; left shoulder joint pain, he had an abnormal electrocardiogram; hemorrhoids; possible exposure to HIV; Adjustment disorder with mixed anxiety and depressed mood and various mental or behavioral disorders.

33. Plaintiff was hospitalized for his emotional and physical injuries.

34. Plaintiff will continue to suffer ongoing physical and emotional harms due to the events caused by the Defendants' deliberate indifference to the Plaintiff's situation, and due to their ignoring his complaints and allowing the brutal attacks to persist.

35. By reason of the aforesaid, the Plaintiff has been damaged and he is entitled to compensatory damages in a sum not less than ONE MILLION ($1,000,000.00) DOLLARS and punitive damages in an amount to be determined at trial and Plaintiff is entitled to an award of attorneys' fees and costs pursuant to 42 USC §1988.

### AS AND FOR A SECOND CAUSE OF ACTION ON BEHALF OF PLAINTIFF
### MONELL CLAIM AGAINST THE CITY OF NEW YORK

36. Plaintiff repeats, reiterates and realleges each and every allegation contained in the prior paragraphs with the same force and effect as is more fully and at length set forth herein.

37. Plaintiff's Fourteenth and Eighth Amendment rights, have been violated by the Defendant the City of New York by its deliberate indifference to the problems of assaults and rapes by inmates of other inmates and in particular by ignoring the ongoing abuse to which the Plaintiff was being subjected.

38. Due to the Defendants' failure to act pursuant to their deliberate indifference to the assaults and rapes Plaintiff was forced to endure, Plaintiff has been damaged physically

and emotionally.

39. NYC has known about the growing problem of assaults and sexually assaults and the Commissioner and NYC have failed to take adequate steps to ensure both inmate and employee safety at Rikers.

40. The Bronx district attorney, Darcel D. Clark, oversees the Rikers Island Prosecution Bureau.

41. Ms. Clark informed the City Council recently that since grand juries reconvened in March, of 2021 the bureau had issued indictments in 45 cases involving assaults on Rikers staff members and assaults by detainees on other detainees.

42. Ms. Clark attributes the problem to short staffing at Rikers.

43. Ms. Clark had warned that prosecution alone could not stop the crisis and that increasing staffing levels was "crucial to stabilizing Rikers" and she has urged the Correction Department to act swiftly to restore order to no avail.

44. By reason of the aforesaid, the Plaintiff has been damaged and he is entitled to compensatory damages in a sum not less than ONE MILLION ($1,000,000.00) DOLLARS and Plaintiff is entitled to an award of attorneys' fees and costs pursuant to 42 USC §1988.

### Request for Relief

**WHEREFORE,** Plaintiff respectfully requests that judgment be entered as follows:

(A) Declaratory relief finding that Plaintiff's rights under the United States Constitution were violated;

(B) Compensatory damages to be determined at trial in a sum not less than ONE MILLION ($1,000,000.00) DOLLARS and Plaintiff is entitled to an award of

attorneys' fees and costs pursuant to 42 USC §1988.

;

(C) By reason of the wanton, willful and malicious character of the conduct complained of herein, punitive damages against the individual Defendants in amounts to be determined at trial;

(D) An award to Plaintiff of the costs and disbursements herein;

(E) An award of attorneys' fees pursuant to 42 U.S.C. §1988; and

(F) Such other and further relief as this Court may deem just and proper.

Dated: New York, New York
September 24, 2024

/s/
Fred Lichtmacher
The Law Office of Fred Lichmacher P.C.
Attorney for Plaintiff
116 West 23rd Street Suite 500
New York, New York 10011
Tel. No. (646) 318-3806

To: THE CITY OF NEW YORK,
100 Church Street
New York, New York 10007

To: LOUIS A. MOLINA COMMISSIONER OF THE NYC DEPARTMENT OF CORRECTIONS
100 Church Street
New York, New York 10007

To: CAPTAIN WEITZEL
CAPTAIN SINGH
CAPTAIN CONYERS
10-10 Hazen Street
East Elmhurst, NY 11370