UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

SHAWN PELLEY,

                              Plaintiff,

        - against -

THE CITY OF NEW YORK, ET AL.,

                            Defendants.

------------------------------------------------------------------ X

**ANSWER TO COMPLAINT BY DEFENDANTS CITY OF NEW YORK, AND CAPTAINS WEITZEL, CONYERS, AND SINGH**

24-CV-6708 (PKC)(VMS)

**Jury Trial Demanded**

       Defendants City of New York, and Captains Conyers, Weitzel, and Singh,[1] by their attorney Muriel Goode-Trufant, Corporation Counsel of the City of New York, for their answer to plaintiff's Complaint, filed September 26, 2024, respectfully allege, upon information and belief, as follows:

       1. Deny the allegations set forth in paragraph "1" of the Complaint, except admit that plaintiff purports to proceed as stated therein.

       2. Deny the allegations set forth in paragraph "2" of the Complaint, except admit that plaintiff purports to proceed as stated therein.

       3. Deny the allegations set forth in paragraph "3" of the Complaint, except admit that plaintiff purports to base venue as stated therein.

       4. Deny the allegations set forth in paragraph "4" of the Complaint, except admit that Shawn Pelly was a pretrial detainee at EMTC on Rikers Island between July 4, 2023 through July 10, 2023.

---

[1] Per the Civil Docket Sheet, to date, former New York City Department of Correction Commissioner Louis Molina has not yet been served process.

5. Deny the allegations set forth in paragraph "5" of the Complaint, except admit that the City of New York is a municipal corporation organized under the laws of the State of New York.

6. Deny the allegations set forth in paragraph "6" of the Complaint and respectfully refer the Court to the New York City Charter §§ 621 et seq., for a recitation of the relationship between defendant City and the New York City Department of Correction.

7. Deny the allegations set forth in paragraph "7" of the Complaint, except admit Louis Molina was Commissioner of the Department of Correction between July 4, 2023 through July 10, 2023.

8. Deny the allegations set forth in paragraph "8" of the Complaint, except to the extent they are conclusions of law and admit that plaintiff purports to proceed as stated therein.

9. Deny the allegations set forth in paragraph "9" of the Complaint, except to the extent they are conclusions of law and admit that plaintiff purports to proceed as stated therein.

10. Deny the allegations set forth in paragraph "10" of the Complaint, except to the extent they are conclusions of law and admit that plaintiff purports to proceed as stated therein.

11. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "11" of the Complaint, as they pertain to unidentified correction captains, except to the extent they are conclusions of law and admit that plaintiff purports to proceed as stated therein.

12. Deny the allegations set forth in paragraph "12" of the Complaint.

13. Admit the allegations set forth in paragraph "13" of the Complaint.

14. Deny the allegations set forth in paragraph "14" of the Complaint.

15. Deny the allegations set forth in paragraph "15" of the Complaint.

16. Deny the allegations set forth in paragraph "16" of the Complaint.

17. Deny the allegations set forth in paragraph "17" of the Complaint.

18. Deny the allegations set forth in paragraph "18" of the Complaint.

19. Deny the allegations set forth in paragraph "19" of the Complaint.

20. Deny the allegations set forth in paragraph "20" of the Complaint.

21. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "21" of the Complaint.

22. Deny the allegations set forth in paragraph "22" of the Complaint, except admit that plaintiff spoke to a correction captain on or about July 10, 2023.

23. Deny the allegations set forth in paragraph "23" of the Complaint, except admit that plaintiff was escorted to medical.

24. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "24" of the Complaint.

25. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "25" of the Complaint.

26. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "26" of the Complaint.

27. Deny knowledge or information sufficient to form a belief as to the truth of the allegations set forth in paragraph "27" of the Complaint.

28. Deny the allegations set forth in paragraph "28" of the Complaint.

29. Deny the allegations set forth in paragraph "29" of the Complaint.

30. In response to the allegations set forth in paragraph "30" of the Complaint, defendants repeat and reallege the responses set forth in the preceding paragraphs of this answer, as if fully set forth herein.

31. Deny the allegations set forth in paragraph "31" of the Complaint.

32. Deny the allegations set forth in paragraph "32" of the Complaint.

33. Deny the allegations set forth in paragraph "33" of the Complaint.

34. Deny the allegations set forth in paragraph "34" of the Complaint.

35. Deny the allegations set forth in paragraph "35" of the Complaint.

36. In response to the allegations set forth in paragraph "36" of the Complaint, defendants repeat and reallege the responses set forth in the preceding paragraphs of this answer, as if fully set forth herein.

37. Deny the allegations set forth in paragraph "37" of the Complaint.

38. Deny the allegations set forth in paragraph "38" of the Complaint.

39. Deny the allegations set forth in paragraph "39" of the Complaint.

40. Admit the allegations set forth in paragraph "40" of the Complaint.

41. Deny knowledge or information sufficient to form a belief as to the truth of the allegation set forth in paragraph "41" of the Complaint.

42. Deny knowledge or information sufficient to form a belief as to the truth of the allegation set forth in paragraph "42" of the Complaint.

43. Deny knowledge or information sufficient to form a belief as to the truth of the allegation set forth in paragraph "43" of the Complaint.

44. Deny the allegations set forth in paragraph "39" of the Complaint.

**AS AND FOR A FIRST AFFIRMATIVE DEFENSE:**

45. The Complaint fails to state a claim upon which relief can be granted.

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE:

46. Any injury alleged to have been sustained resulted from plaintiff's own culpable or negligent conduct or the culpable or negligent conduct of non-parties or third parties and was not the proximate result of any act of defendant.

## AS AND FOR A THIRD AFFIRMATIVE DEFENSE:

47. Defendants did not violate any rights, privileges, or immunities under the Constitution or laws of the United States or the State of New York or any political subdivision thereof.

## AS AND FOR A FOURTH AFFIRMATIVE DEFENSE:

48. Defendants Weitzel, Singh, and Conyers have not violated any clearly established constitutional or statutory right of which a reasonable person would have known and, therefore, are protected by qualified immunity.

## AS AND FOR A FIFTH AFFIRMATIVE DEFENSE:

49. Punitive damages cannot be assessed against defendant City of New York

## AS AND FOR A SIXTH AFFIRMATIVE DEFENSE:

50. Plaintiff has failed to mitigate his damages.

**WHEREFORE,** defendants City of New York, and Captains Weitzel, Singh, and Conyers request judgment dismissing the Complaint in its entirety, together with the costs and disbursements of this action, and such other and further relief as the Court may deem just and proper.

Dated: August 1, 2025
      New York, New York

                                            MURIEL GOODE-TRUFANT
                                            Corporation Counsel of the City of New York
                                            *Attorney for Defendant City of New York, Weitzel, Singh, and Conyers*
                                            100 Church Street, Room 3-222
                                            New York, NY 10007
                                            T: (212) 356-3539
                                            E: jschemit@law.nyc.gov

                                     By:    /s/ *John Schemitsch*
                                                  John Schemitsch
                                                  *Senior Counsel*

TO:    **VIA ECF**
          *All Counsel of Record*