UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

SHAWN PELLEY,

                                                Plaintiff,

      -against-

THE CITY OF NEW YORK, LOUIS A. MOLINA COMMISSIONER OF THE NYC DEPARTMENT OF CORRECTIONS in his official capacity, CAPTAIN WEITZEL in her capacity as an individual, CAPTAIN SINGH, in his capacity as an individual, CAPTAIN CONYERS in her capacity as an individual, and UNIDENTIFIED DOC CAPTAINS in their capacity as individuals,

                                                Defendants.

------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

24-CV-6708

        **PLEASE TAKE NOTICE** that John McLaughlin, Assistant Corporation Counsel, should be listed as counsel of record on behalf of the Corporation Counsel of the City of New York, Muriel Goode-Trufant, attorney for defendants the City of New York, New York City Department of Correction ("DOC") Commissioner Louis A. Molina, DOC Captain Weitzel, DOC Captain Singh, and DOC Captain Conyers. All future notifications should be forwarded to the undersigned and copied to ecf@law.nyc.gov.

[REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]

- 2 -

Dated:    New York, New York
          December 8, 2025

        MURIEL GOODE-TRUFANT
        Corporation Counsel of the City of
           New York
        *Attorney for Defendants*
        100 Church Street,
        New York, New York 10007
        P: (212) 356-2670

By:  /s/ *John McLaughlin*
     John McLaughlin, Esq.
     *Assistant Corporation Counsel*

Cc:  **VIA ECF**
    *All counsel of record.*