UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

SHAWN PELLEY,

                                                Plaintiff,

          -against-

THE CITY OF NEW YORK, LOUIS A. MOLINA
COMMISSIONER OF THE NYC DEPARTMENT OF
CORRECTIONS in his official capacity, CAPTAIN
WEITZEL in her capacity as an individual, CAPTAIN
SINGH, in his capacity as an individual, CAPTAIN
CONYERS in her capacity as an individual, and
UNIDENTIFIED DOC CAPTAINS in their capacity as
individuals,

                                                Defendants.

------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

24-CV-6708

        **PLEASE TAKE NOTICE** that **GENE DIRKS**, Assistant Corporation Counsel, hereby appears as counsel of record on behalf of the Corporation Counsel of the City of New York, Muriel Goode-Trufant, attorney for Defendant the City of New York, New York City Department of Correction ("DOC") Commissioner Louis A. Molina, DOC Captain Weitzel, DOC Captain Singh, and DOC Captain Conyers, in this action, and requests that all papers and future notifications in this action be served upon the undersigned and copied to ecf@law.nyc.gov.

   Dated: New York, New York
           January 5, 2026

                                        MURIEL GOODE-TRUFANT
                                        Corporation Counsel of the City of New York
                                        *Attorney for Defendant City of New York*

By:    /s/ *Gene Dirks*
                                        Gene Dirks, Esq.
                                        *Senior Counsel*
                                        Special Federal Litigation Division
                                        100 Church Street
                                        New York, NY 10007
                                        (212) 356-1981
                                        edirks@law.nyc.gov

cc:      All Counsel of record (via ECF)