Fred Lichtmacher
The Law Office of Fred Lichtmacher PC
159 West 25th Street Room 510
New York New York 10001
(212) 922-9066
empirestatt@aol.com

March 25, 2026

Honorable Magistrate Judge Vera M. Scanlon
Eastern District of New York
**Via ECF**

**Pelley v NYC et al 24-cv-06708-VMS PKC**

Honorable Magistrate Judge Scanlon:

I represent the plaintiff in the above entitled civil rights action. I am requesting a conference and an extension of all deadlines. There are compelling reasons for making this request necessary.

First, the defendants have had four different attorneys appointed to defend this matter. The latest counselor has informed me he still needs time to answer my requests and to move forward with this matter. The latest counsel for the defendants first appeared on 1/5/26. Fact discovery closed on 10/25/25 and is not close to being completed and as far as I can tell, the newest counselors have not disclosed anything.

On numerous occasions I have been promised responses to my discovery requests from multiple counselors for the defendants and I have still not received them. I have tried to work with the various assigned attorneys and I do realize there is a large turnover at Corporation Counsel but this much of a delay is absolutely absurd.

On March 20, 2026 I sent a proposed joint letter to the most current attorneys for the defendants and I was told I would receive a response that day. I did not. I have continued calling and I have repeatedly been told I would receive a response but I did not. This has dragged on and I still have almost nothing of value in terms of discovery. Even the initial disclosures, not produced correctly, from the City had the wrong videos in it. There are numerous important documents including plaintiff's calls to the hotline for rape victims which the City has not produced and which I asked for well over a year ago.

1) The original date of the conference and/or deadline;
    The parties last requested and were granted an extension of the deadlines on August 21, 2025. Fact discovery closed 10/20/2025. Initial expert disclosures were to be served by 10/20/2025, initial expert reports by 12/19/2025, and rebuttal expert reports by 2/17/2026. Expert discovery closes on 3/31/2026. By the same date, the parties must file a joint letter certifying the close of all discovery.

Dispositive motion practice must commence on or before 7/30/2026 or the proposed JPTO must be filed on or before 8/29/2026, in accordance with the assigned judge's individual rules.

2) The number of previous requests for adjournment or extension, and whether these previous requests were granted or denied;

    The two prior requests were granted.

3) Whether the adversary consents and, if not, the reasons given by the adversary for refusing to consent;

    I have not received a formal response from my adversary so I do not know.

4) The reason for the adjournment request;

    Said reasons are given above. Additionally, this is a complex matter in terms of identifying documents, in particular the crucial videos and the phone calls reporting the rapes. While plaintiff received some videos only one of them is applicable to this matter. I had informed prior and current counsel about this but this has still not been corrected. Additionally, we need the telephone calls reporting the rapes and we still have not received them. I had believed current counsel was attempting to cooperate and provide the necessary disclosures but this long a delay defies credibility.

5) At least three suggested adjournment dates that suit all parties (even if the adversary does not consent, the moving party should inquire as to viable adjournment dates in the event the Court grants his/her request);

    Not applicable.

6) If the requested adjournment or extension affects any other scheduled dates, a proposed revised scheduling order must be attached.

    See the attached suggested revised dates.

                          Respectfully submitted

                              /s/

                         Fred Lichtmacher

cc:    John McLaughlin & Eugene Dirks
       New York City Law Department
       **Via ECF**

UNITED STATES DISTRICT COURT      **PROPOSED REVISED SCHEDULING**
EASTERN DISTRICT OF NEW YORK      **ORDER**
----------------------------------------------------------X
SHAWN PELLEY,

                     Plaintiff,          **24-cv-06708 PKC VMS**

             -against-

THE CITY OF NEW YORK,
LOUIS A. MOLINA COMMISSIONER OF THE NYC DEPARTMENT OF CORRECTIONS
in his official capacity,
CAPTAIN WEITZEL in her capacity as an individual,
CAPTAIN SINGH, in his capacity as an individual,
CAPTAIN CONYERS, in her capacity as an individual, and
UNIDENTIFIED DOC CAPTAINS in their capacity as individuals,
                     Defendants.
----------------------------------------------------------X

| ISSUE | Current dates | Proposed Revised Dates |
|---|---|---|
| Initial Disclosures | 3/5/25 | Completed by plaintiff only |
| Document and Interrogatory Requests | 3/19/25 | Completed |
| Defendants to Produce the Videos | 3/19/25 | 4/29/26 |
| Defendants to Produce the telephone calls | | 4/29/26 |
| Joinder and Amendment of Pleadings | 6/18/25 | 4/29/26 |
| Fact Discovery | 10/20/25 | 6/29/26 |
| Initial Expert disclosures | 10/20/25 | 6/29/26 |
| Initial Expert Reports | 12/19/25 | 8/29/26 |
| Expert discovery closes | 3/31/26 | 9/29/26 |

**S O   O R D E R E D**

_____
**U.S.M.J.**