Fred Lichtmacher
The Law Office of Fred Lichtmacher PC
159 West 25th Street Room 510
New York New York 10001
(212) 922-9066
empirestatt@aol.com

April 9, 2026

By ECF April 2, 2026
Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Shawn Pelley v. City of New York, et al., 24-cv-6708 (PKC)(VMS)

Your Honor:

I represent the plaintiff in the above entitled civil rights action. I request another eight days to respond to the defendants' request for a pre-motion conference for the following reasons.

There have been four attorneys representing the defendants to date. Not until the most recent attorney appeared did plaintiff actually begin to receive information which should have been produced over a year ago. I served discovery demands in May of 2025 and I am finally receiving responses, which I will now begin reviewing. I was scheduled for trial last week and I will now finally be able to focus on what Mr. Dirks has provided, for which I thank him. Most of the initial documents I received from prior counsel, which I believe were allegedly their initial disclosures, but not marked as such, were incomplete and not related to the plaintiff's action. Most importantly, I received the wrong videos for two of the three dates on which the rapes took place. And once again there were no responses to my discovery demands until last week.

If the Court will grant me until April 17, I will respond in full to the defendants' request.

Respectfully submitted

/s/

Fred Lichtmacher

cc:     Gene Dirks
        via ECF