Fred Lichtmacher
The Law Office of Fred Lichtmacher PC
159 West 25th Street Room 510
New York New York 10001
(212) 922-9066
empirestatt@aol.com

June 28, 2026

Honorable Judge Vera M. Scanlon
Eastern District of New York
**Via ECF**

**Pelley v NYC et al 24-cv-06708-VMS PKC**

Honorable Judge Scanlon:

I represent the Plaintiff in the above entitled civil rights action. I wrote to the Court on May 27, 2026 detailing several serious discovery deficiencies, and despite continued promises by the Defendants, they have not corrected these deficiencies in any way. I still do not have the lists of the Captains working while Plaintiff was raped. I still only have the correct video from one date, July 7, 2023, which is entirely supportive of Plaintiff's allegations, and I have not received the correct July 4 or July 9 videos. I have yet to receive the records of the calls to the emergency hotlines Plaintiff called. To compound matters, after several conversations and promises made by counsel, the Defendants sent me heavily redacted documents without the Captains' names, which I wasted hours reviewing before determining they are not relevant.

The three year statute of limitations is close to having run and despite repeated promises by various attorneys I have yet receive even close to adequate responses to my requests for the most relevant information to this litigation.

I have always been reticent to request any type of penalties against Corporation Counsel with whom I have generally had good, professional, working relations. But this is a new level of avoidance in discovery I have never previously encountered.

I respectfully request an immediate, emergency conference with the Court to flush out what remedies Plaintiff is eligible to obtain.

Respectfully submitted

/s/

Fred Lichtmacher

cc:    Joseph Zangrilli

New York City Law Department
**via ECF**

cc:   Gene Dirks, Esq.
Senior Counsel
Special Federal Litigation Division
**via ECF**