

**THE CITY OF NEW YORK**

**STEVEN BANKS**
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**GENE DIRKS**
*Senior Counsel*
Phone:  (212) 356-1981
Fax: (212) 356-3509
edirks@law.nyc.gov

**By ECF**

July 24, 2026

Honorable Vera M. Scanlon
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:   Shawn Pelley v. City of New York, et al.,
>        24-cv-6708 (PKC)(VMS)

Your Honor:

I am a Senior Counsel in the New York City Law Department, and the attorney assigned to the defense of this matter on behalf of Defendants City of New York, Commissioner Louis A. Molina, Captain Weitzel, Captain Singh, and Captain Conyers. Pursuant to Your Honor's July 2, 2026, Order, Defendants write to respectfully inform the Court of the following outstanding discovery issues which the Parties are still working to resolve:

1. Defendants are still working on providing: the name of the medical professional who administered the rape kit to Plaintiff.

2. Defendants are working on confirming whether additional phone logs exist – specifically, EMTC Phone Audio Logs that capture any phone calls that Plaintiff made to the following numbers:

   *LGBTQA+l0l0#*

   *Sick call mental health 614#*

   *Program Hotline 1011#*

   *DOC Confidential Reporting 718 204 0378*

   *DOC Investigations 212 2661900*

   *Sexual Abuse Advocate 347 774 7037*

3. Defendants are still working on providing: Any general documents or information provided to Persons-in-Custody, instructing them how to make complaints for sexual abuse, from circa July 2023.

4. Plaintiff is still seeking: Any documents generated by the Department of Correction, regarding Plaintiff, from the dates of July 4, 2023 to July 9, 2023. Defendants will provide any responsive documents they obtain, which have not already been provided.

5. Plaintiff is still seeking: All complaints, brought to any City agency regarding allegations of a failure to prevent sexual abuse on Rikers Island, from January 1, 2023 to July 9, 2023. There is an ongoing dispute regarding the scope of this request, and what should be provided. The parties continue to communicate about that scope.

The Defendants thank the Court for its time and consideration herein.

Respectfully submitted,

*Gene Dirks /s/*

Gene Dirks
*Senior Counsel*
Special Federal Litigation

Cc:     **VIA ECF**
        *All counsel of record.*

2