Fred Lichtmacher
The Law Office of Fred Lichtmacher PC
159 West 25th Street Room 510
New York New York 10001
(212) 922-9066
empirestatt@aol.com

August 11, 2026

Honorable Judge Vera M. Scanlon
Eastern District of New York
**Via ECF**

**Pelley v NYC et al 24-cv-06708-VMS PKC**

Honorable Judge Scanlon:

I represent the Plaintiff in the above entitled civil rights action. As I am certain the Court remembers there was a lengthy conference conducted on July 28, 2026 before Your Honor telephonically. Yesterday, Plaintiff received an enormous document which is no way useful in responding to one request Plaintiff has made and upon which Your Honor ruled. Defendants had written the following about outstanding discovery issues, prior to the conference, in relevant part:

2. Defendants are working on confirming whether additional phone logs exist – specifically, EMTC Phone Audio Logs that capture any phone calls that Plaintiff made to the following numbers:

> *LGBTQA+l0l0#*
>
> *Sick call mental health 614#*
>
> *Program Hotline 1011#*
>
> *DOC Confidential Reporting 718 204 0378*
>
> *DOC Investigations 212 2661900*
>
> *Sexual Abuse Advocate 347 774 7037*

The document Plaintiff received yesterday, supposedly responsive to this request was a disc with possibly over 1,000 hours of telephone calls-with no indication the dates the calls were made, no indication to what numbers the calls were made, and no indications as to whom the Plaintiff may have spoken to during those calls. As the salient issue in this matter is when or if Plaintiff informed Defendants as to what was happening to him before either of the final two rapes occurred, this disc is not responsive to what the Plaintiff needs. I find it unfathomable that the City cannot provide the dates, and the numbers to which the calls were made. Of further interest is that the calls are all marked October 24, 2024, exactly one month after the case was filed. Possibly the City or at least prior counsel, was sitting on his information, not rectifying the deficiencies and not even acknowledging Defendants had the recordings of the phone calls for close to two years. Of course I could have my staff take the thousand or so hours to listen to the calls and try to determine when

and to all the calls were made, but I have no doubt the City can make this determination without my office having to take this drastic, possibly useless, and ultimately costly to at least one of the parties measure. Meeting and conferring with current counsel, which I did today, accomplished nothing as he cannot by himself determine the information Plaintiff is requesting. To be completely frank, this seems to me to be  gamesmanship to continue to hide the ball from the Plaintiff, orchestrated by someone in the City and this I do not accuse the current counsel of doing.

I request the City be Ordered to immediately produce the calls made on July 4, 2023 and through and including July 9, 2023 and to identify to what numbers these calls were made. These would be documents relevant to this litigation.

Respectfully submitted

/s/

Fred Lichtmacher

cc:    Gene Dirks, Esq.
       Senior Counsel
       Special Federal Litigation Division
       **via ECF**

cc:    Joseph Zangrilli
       New York City Law Department
       **via ECF**