**STEVEN BANKS**
*Corporation Counsel*

**THE CITY OF NEW YORK**
# LAW DEPARTMENT
**100 CHURCH STREET**
**NEW YORK, NY 10007**

**GENE DIRKS**
*Senior Counsel*
Phone: (212) 356-1981
Fax: (212) 356-3059
edirks@law.nyc.gov

August 28, 2026

**VIA ECF**
Honorable Vera M. Scanlon
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Shawn Pelley v. The City of New York, et al., 24-cv-6708 (PKC) (VMS)

Your Honor:

I am a Senior Counsel in the Office of Steven Banks, Corporation Counsel of the City of New York, and the attorney for Defendant City of New York, Commissioner Louis A. Molina, and Captains Conyers, Weitzel, and Singh in the above-referenced case. I write in accordance with Your Honor's Order of July 29, 2026, relating to discovery disputes. Plaintiff's counsel and I have been working to resolve these issues, and intended to draft a joint statement today, as requested.

Unfortunately, Plaintiff's counsel has just informed me that he is in the hospital, and has requested an extension of time, to respond to Your Honor's Order. We join in this request. Once Plaintiff's counsel has recovered, the parties will continue to work to resolve any ongoing discovery disputes. Plaintiff's counsel and I will speak, when he is available, and we can update the Court, as needed.

Defendants thank the Court for its time and consideration of this request.

Respectfully submitted,

/s/ Gene Dirks
Gene Dirks
*Special Federal Litigation Division*

Cc: All Counsel of Record *(by ECF)*