**STEVEN BANKS**
*Corporation Counsel*

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**GENE DIRKS**
*Senior Counsel*
Phone: (212) 356-1981
Fax: (212) 356-3509
edirks@law.nyc.gov

**By ECF** November 12, 2026

Honorable Vera M. Scanlon
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Shawn Pelley v. City of New York, et al.,
24-cv-6708 (PKC)(VMS)

Your Honor:

I am a Senior Counsel in the New York City Law Department, and the attorney assigned to the defense of this matter on behalf of Defendants City of New York, Commissioner Louis A. Molina, Captain Weitzel, Captain Singh, and Captain Conyers. Pursuant to Your Honor's October 1, 2026, Order, and on behalf of the parties, Defendants write to update the Court on the status of discovery. (*See* ECF Docket of 10/01/2026).

The parties are in the process of conducting depositions, of the Plaintiff and other witnesses. Specifically, Plaintiff's Deposition is scheduled to be conducted tomorrow. The parties are working cooperatively to schedule the remaining party and non-party depositions. Currently, the parties do not have any discovery disputes.

Defendants thank the Court for its time and consideration herein.

Respectfully submitted,

Gene Dirks /s/

Gene Dirks
*Senior Counsel*
Special Federal Litigation

Cc: **VIA ECF**
*All counsel of record.*